## Commonwealth *v.* Laughlin, Appellant.

Submitted September 8, 1969. *Philip D. Lauer*, for appellant; *Peter Rybak*, Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lomax, Appellant.

Submitted September 8, 1969. *John David Egnal*, and *Egnal, Simons & Egnal*, for appellant; *Edward G. Rendell* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.